UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| BRIAN BERNARD SWANN,<br><br>    Plaintiff,<br><br>vs.<br><br>CORRECTIONS CORPORATION OF AMERICA, TRENT GRAY, ALEXANDER BLACK, BARBARA SAADE, JEFFREY MICHELS, MS. SIMPSON, MR. McGEE, and MR. JOHNSON,<br><br>    Defendants. | Case No. 1:12-cv-00577-CWD<br><br>**ORDER** |

On January 11, 2013, the Court issued an Order requiring Plaintiff to take one of the following actions within 60 days after entry of this Order: (1) file a notice of intent to proceed and request issuance of summonses and waiver of service forms from the Clerk of Court for Defendants Trent Gray, Alexander Black, and Jeffrey Michels, after which he must pay the filing fee within 180 days and serve Defendants within 120 days; or (2) file a notice of voluntary dismissal. Plaintiff was warned that failure to file anything further in this case will result in dismissal without prejudice.

Plaintiff has not filed anything further in this action to indicate that he wishes to

**ORDER - 1**

proceed. Accordingly, **IT IS ORDERED** that Plaintiff's Complaint (Dkt. 3), and this entire action, are DISMISSED without prejudice.



DATED: August 26, 2013

Honorable Candy W. Dale
United States Magistrate Judge

**ORDER - 2**